**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cr-20140-BLOOM**

**UNITED STATES OF AMERICA**

**vs.**

**JOUVENS MICHAUD,**

**Defendant.**

_________________________________/

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States of America for the Southern District of Florida hereby requests to dismiss without prejudice the Information as to defendant JOUVENS MICHAUD.

Respectfully submitted,

______________________________
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

Leave of Court is granted for the filing of the foregoing Dismissal. This matter is hereby ordered DISMISSED. The Clerk of Court is directed to close the case.

DATE: ________________ ______________________________
HON. BETH BLOOM
UNITED STATES DISTRICT JUDGE

cc: U.S. Attorney (Edward N. Stamm, AUSA)
David Sobel, Esq.
Chief Probation Officer
Pretrial Services